UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PHYLLIS L. GREENE,

    Plaintiff,

v.

CASE NO.: 8:10-CV-1552-T-26-EAJ

SOUTHWEST AIRLINES CO.,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF SERVICE OF EXPERT DISCLOSURES PURSUANT TO FED. R. CIV. P. 26

Plaintiff, PHYLLIS L. GREENE, by and through her undersigned attorneys, and pursuant to Fed. R. Civ. P. 26, and this Court's Case Management and Scheduling Order, hereby services its expert disclosures as follows:

1. Brenda Mulder, Mulder & Eastridge Economists, Inc., 4613 West North A Street, Tampa, Florida 33609;

2. Dr. Michael Foley, Radiographic Consultants, LLC, Bank of America Building, 101 East Kennedy Blvd, Suite 3900, Tampa, Florida 33602;

3. Curt Lewis, Curt Lewis & Associates, LLC, Post Office Box 120243, Arlington, Texas 76012-0243;

4. Steven R. Cooley, CRC, CVE, CCM, CLCP, F-ABDA, 908 Riverside Drive, Suite 240, Palmetto, Florida 34221;

5. Samuel Joseph, M.D., 1800 Mease Drive, Safety Harbor, Florida 34695; and

6. William Meadows, M.D., Meadows Medical Solutions & Physical Therapy, 609 Medical Care Drive, Brandon, Florida 33511.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been sent to: Jeffrey James, Esquire, Banker Lopez Gassler, P.A., 501 E. Kennedy Boulevard, Suite

1500, Tampa, Florida  33602; via U.S. Postal Service on this ____9____ day of September, 2011.

                                        Respectfully submitted,

_____
Omar F. Medina, Esquire
Florida Bar No.:  0789860
Medina Law Firm
505 South Magnolia Avenue
Tampa, Florida  33606
Telephone:  813-258-5838
E-mail:  omedina@medinalawfirm.com
Attorney for Plaintiff

<u>PROFESSIONAL RESUME</u>

| | | |
|---|---|---|
| NAME | : | **BRENDA MULDER BOUSQUET** |
| ADDRESS | : | 4613 W. North A Street, Tampa, FL 33609 |
| TELEPHONE | : | (813) 286-1997 |
| DEGREES | : | B.A., University of South Florida (Education), 1972<br>M.B.A., University of South Florida (Finance & Economics), 1985 |

**QUALIFIED AS AN ECONOMIC EXPERT WITNESS IN THE FOLLOWING JURISDICTIONS:**

- United States District Court, Middle District of Florida, Tampa Division

- United States District Court, Middle District of Florida, Admiralty Division

- United States District Court, Middle District of Florida, Fort Myers Division

- Circuit Court of the Fifth Judicial Circuit in and for Marion County, Florida, Civil Division and Family Division

- Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida, Civil Division

- Circuit Court of the Sixth Judicial Circuit in and for Pasco County, Florida, Civil Division

- Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, Civil Division

- Circuit Court of the Twelfth Judicial Circuit in and for Charlotte County, Florida, Civil Division

- Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, Civil Division and Family Division

- Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida, Civil Division

- Circuit Court of the Eleventh Judicial Circuit in and for Dade County, Florida, General Jurisdiction

- Circuit Court of the Tenth Judicial Circuit in and for Highlands County, Florida, Civil Division

- United States District Court, Southern District of Florida, Key West Division

- United States District Court, Southern District of Florida, Ft. Lauderdale Division

- Circuit Court of the Twelfth Judicial Circuit in and for Manatee County, Florida

- Proceeding Before the National Association of Securities Dealers
- Circuit Court of the Fifth Judicial Circuit in and for Citrus County, Florida

## CURRENT POSITION

MULDER & EASTRIDGE, ECONOMISTS, INC.

Appraisal of economic and financial losses associated with persons' loss of life and/or reduced capacity.

Business valuation to assists in the following: distribution of marital assets, value of leasehold interest, allocation of debt and equity positions, and appraisal of lost business profit/opportunity.

Evaluation of present value of benefits obtained in Workers' Compensation actions for purposes of attorney fee determination and claimants' settlement efforts.

Evaluation of employee wage and fringe benefit compensation packages.

Interpretation of regional, national, and international economic data for purposes of evaluating conditions effecting business, marketing and financial decisions.

Hillsborough Community College Adjunct Instructor of Economics 1997-Present.

Paradox Learning Systems, Inc.- serve on Board of Directors.

## ACADEMIC EXPERIENCE

University of South Florida, College of Business Administration
Center for Economic and Management Research
Graduate Assistant, 1982-1983: Researched, obtained funding, published and marketed The Industrial Park and Site Guide
for Dade County, Broward County, and Palm Beach County

Auburn University, College of Business of Administration
Graduate Assistant; Professional Development, 1981-1982

## PREVIOUS PROFESSIONAL EXPERIENCE

Mellish, Mulder and Eastridge, Economists (1983 to 1992) Consulting in areas related to current position.

Cobb County Board of Education, Educator (1972-1979) Marietta, Georgia.

## HONORS AND AWARDS

Graduate Registration Fellowship 1982 (University of South Florida)
Dean's List of Scholar's

## PROFESSIONAL PRESENTATIONS

"Economic Damages in Age Discrimination", presented at the Equal Employment Opportunity Practice 1987 conference, February 1987.

"1994 Advanced Current Labor Topics"  The Florida Bar Continuing Legal Education Committee and The Labor & Employment Law Section, April 1994.

University of South Florida, Gus A. Stavros Center for Free Enterprise & Economic Education and the National Center for Middle School Education
Tampa, Florida, 1995.

Econ U$A+ "Scarcity",  Presentation for Educational Television Programing,  University of South Florida, Gus A. Stavros Center for Free Enterprise Education.

"Economic Damages in Employment Cases" presented by Lorimar Productions for continuing legal education credits for Florida lawyers, January 1997.

Allgood-Altman American Inn of Court, Pasco County.
Panel Presentation.  November 1998.

Trial Practice Section of the St. Petersburg Bar Association- Guest Speaker, April 2002.

Trial Practice Section of the St. Petersburg Bar Association- Guest Speaker, Economic Damages in Medical Malpractice, February 20, 2003.

## PROFESSIONAL MEMBERSHIPS

Financial Management Association
National Association of Forensic Economics
Midwest Finance Association
Thirteenth Circuit Unlicenced Practice of Law Committee of the Florida Bar (formerly)